KARISH & BJORGUM, PC
A. Eric Bjorgum (SBN 198392)
eric.bjorgum@kb-ip.com
119 E. Union St., Suite B
Pasadena, CA  91103
(213) 785-8070

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INKIT INC.,<br><br>Plaintiff(s),<br>v.<br>NINTEX UK LTD.; NINTEX USA, INC.; and DOES 1-10,<br>Defendants.<br><br>Defendant(s). | CASE NUMBER<br><br>8:23-cv-02023<br><br><br>NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |

PLEASE TAKE NOTICE: (*Check one*)

☑ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____
is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____ .

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).


8/26/2024                                /s/ A. Eric Bjorgum
_____                _____
        *Date*                                *Signature of Attorney/Party*


*NOTE:*  *F.R.Civ.P. 41(a):* This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.

   *F.R.Civ.P. 41(c):* Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.